The People of the State of New York v. Patrick Hefferman.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

The People of the State of New York v. Herman Landau and Harry Landau.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

The People of the State of New York v. Samuel Masey.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Harry R. Patterson v. Black and White and Town Taxis, Inc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

The People of the State of New York v. American Socialist Society.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

William S. Leeds v. Mary E. Joyce (or Freedley), etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

The City of New York v. The Empire City Subway Company and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Richard D. Whiting, as Surviving Executor, etc., v. Hudson Trust Company and Others, Impleaded.— Motions for reargument or for leave to appeal and for resettlement denied, with ten dollars costs. Motion for stay granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of Margaret T. Schley, Deceased.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Abraham Jacobs v. Abraham Fensterstock.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Urcie Dermer v. William M. Barrett, as President, etc.— Motion for leave to appeal granted. Motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Fasig-Tipton Company v. George C. Taylor, as President, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Jacob D. Wolf v. William M. Baldwin.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Sam Stern v. William M. Barrett, as President, etc.— Motion for leave to appeal granted. Motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Mason Harker v. Charles F. Garrigues Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Harry G. Cowen and Others v. Reginald W. Pressprich and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.